IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEVEN SCOTT KENNEDY                                            PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08cv445-JMR

SHERIFF DAVID ALLISON
and RUSSELL MILLER                                           DEFENDANTS

_____

## FINAL JUDGMENT

This matter came on to be heard on the Motion [49-1] to Dismiss filed by the Defendants, on September 2, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed without prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 13th day of October, 2009.

                                                         *s/ John M. Roper, Sr.*
                                            CHIEF UNITED STATES MAGISTRATE JUDGE